IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC. and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>    Defendants. | Civil Action No. _____ |

**PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Purdue Pharma L.P. and Purdue Pharmaceuticals L.P. hereby state that they have no parent corporations. The P.F. Laboratories, Inc. states that its parent corporation is Pharmaceutical Research Associates, Inc. Plaintiffs further state that there are no publicly held corporations that own 10% or more of their stock.

                    Respectfully submitted,

Dated: January 16, 2007

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 N. Market Street
Wilmington , DE 19899-1347
(302)658-9200

*Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc.*
  *and Purdue Pharmaceuticals L.P.*

OF COUNSEL:
Herbert F. Schwartz
Robert J. Goldman
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
  ROPES & GRAY LLP
  1211 Avenue of the Americas
  New York, New York  10020
  Telephone:  212-596-9000

*Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc.*
  *and Purdue Pharmaceuticals L.P.*