IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC. and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 07-032-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS FOR THE
LAW FIRM OF ROPES & GRAY LLP**

　　　　PLEASE TAKE NOTICE that effective January 22, 2007, the address of Ropes & Gray LLP, the law firm serving as of counsel of record for plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P. will be:  1211 Avenue of the Americas, New York, NY  10036.  The telephone numbers of the firm will remain the same.

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)
　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington , DE  19899-1347
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　*Purdue Pharma L.P.,*
　　　　　　　　　　　　　　　　　　　*The P.F. Laboratories, Inc.*
　　　　　　　　　　　　　　　　　　　*and Purdue Pharmaceuticals L.P.*

January 17, 2007

677364