AO 440 (Rev. 10/93) Summons in a Civil Action      ORIGINAL

# United States District Court

DISTRICT OF DELAWARE

## SUMMONS IN A CIVIL ACTION

PURDUE PHARMA L.P.,　　　　　　　　　　　)
THE P.F. LABORATORIES, INC. and　　　　　 )
PURDUE PHARMACEUTICALS L.P.,　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)  Civil Action No. 07-32
　　　　　　　　　　　Plaintiffs,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　)
KV PHARMACEUTICAL COMPANY and　　　)
ACTAVIS TOTOWA LLC,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　　　　　　　)

TO:　Actavis Totowa LLC
　　　c/o United Corporate Services, Inc.
　　　874 Walker Road, Suite C
　　　Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                  JAN 1 6 2007
---                                              ---
CLERK                                            DATE

_[signature]_
---
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-17-07 |
| NAME OF SERVER (PRINT) Mark Messina | TITLE Courier/Driver |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: United Corporate Services, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/07
                Date            Signature of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure