# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>　　　　　　Defendants. | C.A. No: 07-032-*** |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant Actavis Totowa LLC may move, answer or otherwise respond to the complaint filed in the captioned matter is extended by 30 days, through and including March 8, 2007.

| | |
|---|---|
| /s/ *Rodger Dallery Smith, II* | /s/ *Andrew A. Lundgren* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| (jblumenfeld@mnat.com) | (jshaw@ycst.com) |
| Rodger Dallery Smith, II (#3778) | Andrew A. Lundgren (#4429) |
| (rsmith@mnat.com) | (alundgren@ycst.com) |
| Morris, Nichols, Arsht & Tunnell, LLP | Young Conaway Stargatt & Taylor, LLP |
| 1201 North Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899-0551 |
| Telephone: (302) 658-9200 | Telephone: (302) 571-6600 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant*<br>*Actavis Totowa LLC* |

　　　　SO ORDERED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge