IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC. and PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> KV PHARMACEUTICAL COMPANY and ACTAVIS TOTOWA LLC, <br><br> Defendants. | ) ) ) ) ) C.A. No. 07-032-*** ) ) ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John F. Sweeney, Joseph A. DeGirolamo, Seth J. Atlas, Andrea L. Wayda and Matthew K. Blackburn of Morgan & Finnegan, L.L.P., 3 World Financial Center, New York, New York 10281-2101 to represent Defendant KV Pharmaceutical Company in this matter.

                                                    /s/ [signature]
                                                    Frederick L. Cottrell, III (#2555)
                                                    (cottrell@rlf.com)
                                                    Chad M. Shandler (#3796)
                                                    (shandler@rlf.com)
                                                    Jameson A.L. Tweedie (#4927)
                                                    (tweedie@rlf.com)
                                                    Richards, Layton & Finger, P.A.
                                                    One Rodney Square
                                                    P.O. Box 551
                                                    Wilmington, DE  19899
                                                    (302) 651-7700
                                                    Attorneys for Defendant KV Pharmaceutical Company

Dated: February 7, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____        _____
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-9200

John W. Shaw
Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-6600

I hereby certify that on February 7, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY  10036

Robert J. Goldman
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301-1917

Jameson A.L. Tweedie (#4927)
Tweedie@rlf.com

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_____
John F Sweeney

Dated: February 6, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_____
Joseph A. DeGirolamo

Dated: February 6, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Seth J. Atlas

Dated: February 6, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion

_____
Andrea L. Wayda

Dated: February 6, 2007

**CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_____
Matthew K. Blackburn

Dated: February 6, 2007