## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-cv-00032 |
| v. | ) ) | |
| KV PHARMACEUTICAL COMPANY and ACTAVIS TOTOWA LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANT ACTAVIS TOTOWA LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Actavis Totowa LLC ("Actavis") states:

1.     Actavis is a wholly-owned subsidiary of Actavis, Inc., which in turn is a wholly-owned subsidiary of Actavis PTC ehf., which in turn is a wholly-owned subsidiary of Actavis HY ehf., which in turn is a wholly-owned subsidiary of Actavis Equity ehf., which in turn is a wholly-owned subsidiary of Actavis Group hf., a limited liability company established under the laws of Iceland.

2.     No publicly held corporation owns 10% or more of Actavis Group hf.

Respectfully submitted,

John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0551
(302) 651-6600
kkeller@ycst.com

*Attorneys for Defendant*
*Actavis Totowa LLC*

OF COUNSEL:
James D. Veltrop
Jonathan A. Harris
Chad A. Landmon
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendant*
*Actavis Totowa LLC*

March 8, 2007

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on March 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Rodger Dallery Smith, II, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
>
> Frederick L. Cottrell, III, Esquire
> Chad M. Shandler, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on March 8, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
> Herbert F. Schwartz, Esquire
> [herbert.schwartz@ropesgray.com]
> Robert J. Goldman, Esquire
> [robert.goldman@ropesgray.com]
> Ropes & Gray LLP
> 1251 Avenue of the Americas
> New York, NY 10020

John F. Sweeney, Esquire
[jfsweeney@morganfinnegan.com]
Joseph A. DeGirolamo, Esquire
[jdegirolamo@morganfinnegan.com]
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY  10281-2101

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Actavis Totowa LLC*