## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA, L. P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P., | : : : : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 07-32-*** |
| KV PHARMACEUTICAL COMPANY AND ACTAVIS TOTOWA LLC, | : : : |
| Defendants. | : : |
| PURDUE PHARMA, L. P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P., | : : : : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 07-77-*** |
| KV PHARMACEUTICAL COMPANY, | : : |
| Defendant. | : |

## <u>ORDER</u>

At Wilmington this **16th** day of **March, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Thursday, March 22, 2007 at 12:00 Noon Eastern Time with Magistrate Judge Thynge is canceled. Counsel are to keep the Magistrate Judge advised as to the status of this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE