IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY AND ACTAVIS TOTOWA LLC, <br><br> Defendants. | C.A. No. 07-032-*** <br><br> **JURY TRIAL DEMANDED** |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **KV PHARMACEUTICAL COMPANY'S RULE 7.1 STATEMENT** |

## KV PHARMACEUTICAL COMPANY'S RULE 7.1 STATEMENT

1. Defendant/Counterclaim Plaintiff KV Pharmaceutical Company ("KV") is a publicly-traded corporation.

2. KV has no parent corporation.

3. No publicly held corporation owns 10% or more of KV's stock, in terms of total numbers of the combined shares of KV's Classes A and B common stock or in terms of voting interest. Neuberger Berman, Inc. (which is believed to be owned by Lehman Brothers Holdings Inc., a publicly-traded company) was the owner of record as of February 13, 2007 of approximately 12.288% of KV's Class A common shares (that is, 4,550,564 shares of approximately 37 million shares of Class A common stock outstanding). Each share of Class A common stock is entitled to a voting power of 1/20th of one vote per Class A share. There also are approximately 12.5 million KV Class B shares of common stock outstanding, which are entitled to one vote per share. In terms of voting interest, Neuberger Berman, Inc. owns about 1.58% of the voting interest in KV.

Frederick L. Cottrell, III (#2555)
(cottrell@rlf.com)
Chad Shandler (#3796)
(shandler@rlf.com)
Jameson Tweedie (#4927)
tweedie@rlf.com
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant*
KV Pharmaceutical Company

OF COUNSEL:
John F. Sweeney
Joseph A. DeGirolamo
Seth J. Atlas
Andrea L. Wayda
Matthew K. Blackburn
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

Dated: March 16, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-9200

John W. Shaw
Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-6600

I hereby certify that on March 16, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY  10036

Robert J. Goldman
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301-1917

Chad A. Landmon
Axinn Veltrop & Harkrider, LLP
90 State House Square
Hartford, CT  06103-3702

Jameson Tweedie (#4927)
tweedie@rlf.com

RLF1-3124275-1