IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC. and PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY and ACTAVIS TOTOWA LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-32-*** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The time for Counterclaim-Defendants Purdue Pharma, L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P. to reply or move with respect to Actavis's First Amended Answer and Counterclaims (D.I. 22) is extended until April 27, 2007; and

2. Counterclaim-Defendants Purdue Pharma, L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P. agree to reply or move with respect to Actavis's First Amended Answer and Counterclaims by April 27, 2007, as specified in paragraph 1, regardless of whether this matter is transferred in the interim to another court pursuant to 28 U.S.C. § 1407 or 28 U.S.C. § 1404(a).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| */s/ Jack B. Blumenfeld* | */s/ Andrew A. Lundgren* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com | John W. Shaw (#3362)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0551<br>(302) 571-6600<br>alundgren@ycst.com |
| *Attorneys for Plaintiffs and Counterclaim-Defendants Purdue Pharma L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P.* | *Attorneys for Defendant and Counterclaim-Plaintiff Actavis Totowa LLC* |

SO ORDERED this ____ day of _____ 2007.

_____
United States Magistrate Judge

2