IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KV PHARMACEUTICAL COMPANY AND ACTAVIS TOTOWA LLC,<br><br>    Defendants. | C.A. No. 07-032-***<br><br>**JURY TRIAL DEMANDED** |
| KV PHARMACEUTICAL COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A.,<br><br>    Counterclaim-Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie of Richards, Layton & Finger,

withdraws as counsel for Defendant KV Pharmaceutical Company in the above-captioned case.

Frederick L. Cottrell, III, Chad M. Shandler and Richards, Layton & Finger, P.A. continue to represent

KV Pharmaceutical Company in this matter.

_(signature)_

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
OF COUNSEL                               shandler@rlf.com
John F. Sweeney                          Jameson A.L. Tweedie (#4927)
Joseph A. DeGirolamo                     tweedie@rlf.com
Seth J. Atlas                            Richards, Layton & Finger, P.A.
Andrea L. Wayda                          One Rodney Square
Matthew K. Blackburn                     920 N. King Street
MORGAN & FINNEGAN, L.L.P.                Wilmington, DE 19801
3 World Financial Center                 (302) 651-7700
New York, NY 10281-2101                  *Attorneys for Defendant*
(212) 415-8700                           *KV Pharmaceutical Company*

Dated:  December 20, 2007

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-9200

John W. Shaw
Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-6600

I hereby certify that on December 20, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036

Robert J. Goldman
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301-1917

Chad A. Landmon
Axinn Veltrop & Harkrider, LLP
90 State House Square
Hartford, CT 06103-3702

Jameson Tweedie (#4927)
tweedie@rlf.com